

# ELECTRONIC RECORD

COA #        14-12-00854-CR                         OFFENSE:        Murder

STYLE:       Wade James Jefferson v The
             State of Texas                          COUNTY:         Harris

COA DISPOSITION:    Affirmed as
                    Reformed                         TRIAL COURT:    228th District Court

DATE: 11/07/2013                    Publish: No      TC CASE #:      1328031

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

STYLE: _____            CCA #: _____

_____ State's _____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

granted & remanded                        JUDGE: _____

DATE: April 16, 2014                      SIGNED: _____   PC: _____

JUDGE: PC                                 PUBLISH: _____   DNP: _____

                        -------------------------

                              _____ MOTION FOR

                    REHEARING IN CCA IS:    _____

                         JUDGE: _____

Appellant's PETITION

FOR DISCRETIONARY REVIEW

IS refused

DATE April 16, 2014

PC

— JUDGE